AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____0 5 - 7 0 8_____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85.

_____9/29/05_____   _____[signature]_____
(Date forms issued)   (Signature of Party or their Representative)

_____J. R. Neuberger_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action