# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE         PHONE: (302) 655-0582
STEPHEN J. NEUBERGER, ESQUIRE         FAX: (302) 655-9329

March 16, 2006                            **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

**RE:**   **Moss v. Chaffinch, et al.**, Civil Action No. 05-708-GMS

Dear Judge Sleet:

      Today plaintiff has filed has filed a Proposed Rule 16 Scheduling Order and a Status Report for use in our Rule 16(b) conference scheduled for Monday, March 27, 2006.

      These documents are submitted on behalf of both plaintiff and defendants.

Respectfully submitted,

/s/ Stephen J. Neuberger

cc:   Ralph K. Durstein, Esq. (Via CM/ECF)

Moss \ Letters \ Sleet.01