# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

March 27, 2006                                                           <u>**Via CM/ECF Filing**</u>

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

**RE:** <u>Moss v. Chaffinch, et al.</u>, Civil Action No. 05-708-GMS

Dear Judge Sleet:

      Plaintiff has just submitted the final Rule 16 Scheduling Order.  It incorporates all of the dates given by the Court during the Rule 16 Scheduling Conference held this morning.


Respectfully submitted,

/s/ Stephen J. Neuberger


cc:     Ralph K. Durstein, Esq. (Via CM/ECF)

Moss \ Letters \ Sleet.02