IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SGT. DIANE E. MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-708-GMS |
| | ) | |
| COLONEL L. AARON CHAFFINCH, | ) | |
| individually, COLONEL THOMAS F. | ) | |
| MACLEISH, in his official capacity as | ) | |
| the Superintendent, Delaware State Police; | ) | |
| and DIVISION OF STATE POLICE, | ) | |
| DEPARTMENT OF SAFETY AND | ) | |
| HOMELAND SECURITY, STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Stephani J. Ballard, Esquire, Deputy Attorney General, on behalf of the following defendants: L. Aaron Chaffinch, Col. Thomas F. MacLeish, and Division of State Police, in the above captioned matter.

   /s/ Stephani J. Ballard
Ralph K. Durstein III (ID# 912)
Stephani J. Ballard (ID #3481)
Deputy Attorneys General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8400

Dated: March 29, 2006

# CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on March 29, 2006, she caused the attached, *Entry of Appearance,* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Thomas S. Neuberger, Esquire
Stephen J. Neuberger, Esquire
2 E. Seventh St., Suite 302
Wilmington , DE  19801

                      STATE OF DELAWARE
                      DEPARTMENT OF JUSTICE

                      __/s/ Stephani J. Ballard____
                      Stephani J. Ballard, I.D. #3481
                      Deputy Attorney General
                      Carvel State Office Building
                      820 N.  French Street, 6th floor
                      Wilmington, DE 19801
                      (302) 577-8400
                      Attorney for Defendants Chaffinch, MacLeish and Division of State Police