# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SGT. DIANE MOSS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-708-GMS |
| | : |
| COLONEL L. AARON CHAFFINCH, et al., | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **6th** day of **April, 2006**.

IT IS ORDERED that the teleconference scheduled for Wednesday, May 17, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, June 15, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE