### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **SGT. DIANE E. MOSS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH,** | : | **C.A. No. 05-708-GMS** |
| **individually; COLONEL THOMAS F.** | : | |
| **MACLEISH, in his official capacity** | : | |
| **as the Superintendent, Delaware** | : | |
| **State Police; and DIVISION OF** | : | **JURY TRIAL DEMANDED** |
| **STATE POLICE, DEPARTMENT OF SAFETY** | : | |
| **AND HOMELAND SECURITY, STATE OF** | : | |
| **DELAWARE,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that

on April 10, 2006, I caused two (2) copies of **PLAINTIFFS' RULE 26 SELF-EXECUTING**

**DISCLOSURES** to be sent via e-mail and first class mail, postage prepaid to the following:

Ralph K. Durstein, III
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com

Attorneys for Plaintiff