# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIANE E. MOSS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. No. 05-708-GMS |
| | ) |
| **L. AARON CHAFFINCH,** | ) |
| **THOMAS F. MACLEISH,** | ) |
| **and DIV. OF STATE POLICE,** | ) |
| **DEPT. OF SAFETY AND** | ) |
| **HOMELAND SECURITY,** | ) |
| **STATE OF DELAWARE** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SERVICE

The undersigned certifies that on April 10, 2006, he caused the **DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES** to be delivered to the following person via electronic mail:

Thomas S. Neuberger, Esq.
The Neuberger Firm
Two East Seventh Street, Suite 302
Wilmington, DE 19801
TSN@NeubergerLaw.com

                                                  STATE OF DELAWARE
                                                  DEPARTMENT OF JUSTICE

                                                  /s/ Ralph K. Durstein III
                                                  Ralph K. Durstein III (ID# 912)
                                                  Deputy Attorney General
                                                  Department of Justice
                                                  State of Delaware
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE 19801
                                                  (302)577-8510