## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SGT. DIANE E. MOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-708-GMS |
| | ) |
| COLONEL L. AARON CHAFFINCH, | ) |
| individually, COLONEL THOMAS F. | ) |
| MACLEISH, in his official capacity as | ) |
| the Superintendent, Delaware State Police; | ) |
| and DIVISION OF STATE POLICE, | ) |
| DEPARTMENT OF SAFETY AND | ) |
| HOMELAND SECURITY, STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of James E. Liguori, Esquire, on behalf of the following defendant L. Aaron Chaffinch in the above captioned matter.

                **LIGUORI, MORRIS & YIENGST**

                **/s/James E. Liguori**
                **JAMES E. LIGUORI, ESQ.**
                46 The Green
                Dover, Delaware  19901
                (302) 678-9900
                Bar ID. 415
                Attorney for Plaintiff, L. Aaron Chaffinch
                jel_lmy@msn.com

Dated: May 1, 2006

# CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on May 1, 2006, he caused the attached, *Entry of Appearance,* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Thomas S. Neuberger, Esquire | Ralph K. Durstein III, Esquire |
| Stephen J. Neuberger, Esquire | Stephanie Ballard, Esquire |
| 2 E. Seventh St., Suite 302 | Department of Justice |
| Wilmington , DE  19801 | Carvel State Office Building |
| | 820 N. French Street |
| | Wilmington, DE 19801 |

**LIGUORI, MORRIS & YIENGST**

**/s/James E. Liguori**
**JAMES E. LIGUORI, ESQ.**
46 The Green
Dover, Delaware  19901
(302) 678-9900
Bar ID. 415
Attorney for Plaintiff, L. Aaron Chaffinch
jel_lmy@msn.com