IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SGT. DIANE MOSS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-708-GMS |
| COLONEL L. AARON CHAFFINCH, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **1st** day of **August, 2006**,

IT IS ORDERED that the teleconference scheduled for Tuesday, August 8, 2006 at 9:30 a.m. and the mediation conference scheduled for Friday, March 2, 2007 beginning at 10:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE