IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE E. MOSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-708-GMS |
| ) | |
| L. AARON CHAFFINCH, ) | |
| THOMAS F. MACLEISH, ) | |
| and DIV. OF STATE POLICE, ) | |
| DEPT. OF SAFETY AND ) | |
| HOMELAND SECURITY, ) | |
| STATE OF DELAWARE ) | |
| ) | |
| Defendants. ) | |

### Stipulation of Dismissal

Upon the Stipulation of the parties, plaintiff voluntarily dismisses with prejudice all claims against all defendants in this matter. The parties will bear their own costs and fees.


**THE NEUBERGER FIRM, P.A.**

/s/ Stephen J. Neuberger
THOMAS S. NEUBERGER, ESQ. (#243)
STEPHEN J. NEUBERGER, ESQ. (#4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
Attorneys for Plaintiff

Dated:  August 28, 2006

**DEPARTMENT OF JUSTICE**

<u>/s/ Ralph K. Durstein, III</u>
RALPH K. DURSTEIN, III, ESQ. (#912)
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801
(302) 577-8510
Attorneys for Defendnats


Dated:  August 28, 2006